1

2

3                                                              O

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11  JOHN HO,                        ) Case No. CV 13-00118 DDP (CWx)
                                     )
12                   Plaintiff,      )
                                     )
13       v.                          ) ORDER TO SHOW CAUSE WHY THIS
                                     ) ACTION SHOULD NOT BE REMANDED FOR
14  THE KITCHEN FOR EXPLORING        ) UNTIMELY REMOVAL
    FOODS, LLC, a California         )
15  Corporation,                     )
                                     )
16                   Defendants.     )
    _____    )
17

18       Removing Defendant The Kitchen For Exploring Foods, LLC is

19  ordered to show cause why this action should not be remanded to

20  state court for untimely removal.  Plaintiff filed a discrimination

21  complaint on June 15, 2012.  On January 7, 2013, Defendant removed

22  to this court on the basis of federal question jurisdiction.

23  (Notice of Removal 2.)

24       Under 28 U.S.C § 1441(b), a defendant may remove to federal

25  court "[a]ny civil action of which the district courts have

26  original jurisdiction founded on a claim or right arising under the

27  Constitution, treaties or laws of the United States . . . ."

28  Notice of removal "of a civil action or proceeding shall be filed

within thirty days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading . . . ."  28 U.S.C § 1446(b).

Here, it appears Plaintiff's summons and complaint was filed on June 15, 2012, and Defendant removed on January 7, 2012. (Notice of Removal 1; Exh. 1.)  Defendant fails to provide proof of service of process.  Defendant alleges the parties "have stipulated that service of process has been effectuated on Defendant as of December 7, 2012."  (Id.)  However, is it not clear to the court that parties may stipulate to a jurisdictional requirement. Moreover, Defendant fails to provide evidence of the stipulation.

The court notes that the Defendant has the burden of establishing removal jurisdiction.  Accordingly, the court orders Defendant to file a brief, not to exceed ten pages, by Thursday, March 14, 2013, showing cause why this action should not be remanded for untimely removal.

IT IS SO ORDERED.

Dated:March 1, 2013

DEAN D. PREGERSON
United States District Judge

2